# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-299-RJC-DCK

| | |
|---|---|
| **HEATHROW ON HARRIS HOMEOWNER'S ASSOCIATION,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **WESTFIELD INSURANCE COMPANY,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Extension Of Case Settlement Deadline" (Document No. 13) filed February 1, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Court commends the mediator, counsel, and the parties for their efforts to resolve this matter. Based on the "Certification Of Mediation Session" (Document No. 12) and the "Consent Motion For Extension…" (Document No. 13) the undersigned will allow the requested relief. In addition, in the interest of efficient case management, the undersigned will deny the pending "Partial Motion To Dismiss" (Document No. 6) as moot, without prejudice to being refiled if the parties fail to finalize their settlement.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Extension Of Case Settlement Deadline" (Document No. 13) is **GRANTED**. The parties shall file a Stipulation Of Dismissal on or before **February 25, 2022**.

**IT IS FURTHER ORDERED** that Defendant's "Partial Motion To Dismiss" (Document No. 6) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: February 1, 2022

David C. Keesler
United States Magistrate Judge